UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

REYNALDO SUESCUM and
FRANCISCO BASERVA,

                  **Plaintiffs,**

v.                                       **Case No: 6:21-cv-1769-WWB-EJK**

FAMILY FIRST LIFE, LLC,

                  **Defendant.**

## ORDER

This cause comes before the Court on the parties' Proposed Order Granting Stipulated Protective Order (the "Proposed Order"), filed August 31, 2022. (Doc. 29.) As an initial matter, the parties have failed to comply with Local Rule 3.01(a) because there is no motion supporting the request. Additionally, the Case Management and Scheduling Order provides: "**F. Confidentiality Agreements** – The parties may reach their own agreement regarding the designation of materials as 'confidential.' There is no need for the Court to endorse the confidentiality agreement. The Court discourages unnecessary stipulated motions for a protective order." (Doc. 21 at 4.) The Court sees no reason why a protective order, rather than a confidentiality agreement, is necessary in this case.

Accordingly, is it **ORDERED** that the Proposed Order (Doc. 29) is **STRICKEN**.

**DONE** and **ORDERED** in Orlando, Florida on September 2, 2022.

EMBRY J. KIDD
UNITED STATES MAGISTRATE JUDGE