**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

REYNALDO SUESCUM and
FRANCISCO BASERVA,

        Plaintiffs,

v.                             Case No.: 6:21-cv-1769-WWB-EJK

FAMILY FIRST LIFE, LLC,

        Defendant.

_____

**ORDER**

      The Court has been advised by Plaintiffs' Notice of Settlement that the above-styled action has been completely settled.  (Doc. 48 at 1).

      Accordingly, pursuant to Local Rule 3.09(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED with prejudice** subject to the right of any party, within sixty days from the date of this Order, to move the Court to enter a stipulated form of final order or judgment, or, on good cause shown, to reopen the case for further proceedings. All pending motions are **DENIED as moot**. The Clerk is directed to close this file.

      **DONE AND ORDERED** at Orlando, Florida on June 7, 2023.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record